UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| INGE GOODSON | ) |
| | ) |
| v. | ) Civil Action No. 1:11-0031 |
| | ) Judge Sharp/Knowles |
| SHAPIRO & KIRSCH, LLP | ) |

### O R D E R

The Initial Case Management Conference in this action previously set for July 25, 2011, at 1:00 p.m., is hereby rescheduled for **August 1, 2011, at 10:00 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted prior to the Case Management Conference.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge